**STORER CABLE COMMUNICATIONS, et al., Plaintiffs,**

**v.**

**The CITY OF MONTGOMERY, ALABAMA, et al., Defendants.**

Civ. A. No. 90–T–958–N.

United States District Court,
M.D. Alabama,
Northern Division.

Sept. 27, 1993.

### ORDER

MYRON H. THOMPSON, Chief Judge.

At the joint request of the parties and pursuant to their settlement, it is ORDERED:

(1) That the joint motion to vacate filed by the parties on September 24, 1993, is granted; and

(2) That the order of the court entered on June 17, 1993, 826 F.Supp. 1338, which denied the motions to dismiss filed by the counterclaim defendants, is vacated.